UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| LORETTA J. ENGLEBRIGHT,<br>Plaintiff, | ) | |
| VS. | ) | CASE NO. 3:17-cv-340 |
| JACOB LEE JONES,<br>and BETTER BACKERS, INC.<br>Defendants. | ) | PLAINTIFF REQUESTS TRIAL BY JURY |

## COMPLAINT

### Parties

1. The Plaintiff, Loretta J. Englebright, is a citizen and resident of the city of Mt. Vernon, State of Indiana.

2. Defendant Jacob Lee Jones is a citizen and resident of the city of Cisco, State of Kentucky.

3. Defendant Better Backers, Inc., at all times relevant hereto, was a Georgia corporation, organized and incorporated under the laws of the State of Georgia.

### Jurisdiction

4. The Plaintiff is a citizen of the State of Indiana, and Defendant Jacob Lee Jones is a citizen of the State of Kentucky. The matter in controversy exceeds, exclusive of interest and costs, the sum or value of $75,000.

5. The Plaintiff is a citizen of the State of Indiana, and Defendant Better Backers, Inc. is a corporation incorporated under the laws of the State of Georgia and has its principal place of business in the State of Georgia. The matter in controversy exceeds, exclusive of interest and costs, the sum or value of $75,000.

6. This Court has original jurisdiction over the above-entitled action pursuant to 28 U.S.C. § 1332.

**Count I – Negligence of Jacob Lee Jones**

7. On or about May 13, 2016, in Washington County, Illinois, the Plaintiff, Loretta J. Englebright, was traveling westbound in a 2016 Ford Fusion on I-64, traveling in the only lane open since the other lane was blocked due to construction several miles ahead, when Defendant Jacob Lee Jones negligently operated a motor vehicle thereby rear-ending the vehicle driven by the Plaintiff.

8. That the Plaintiff was injured as a direct and proximate cause of said Defendant's negligence.

9. That as a result of said Defendant's negligent acts or omissions, the Defendant's vehicle violently collided with the Plaintiff's vehicle, causing the Plaintiff to sustain great and severe personal injuries. These injuries caused the Plaintiff to experience great pain and suffering. The Plaintiff was caused to expend considerable sums of money for necessary medical care and attention and may be liable for future medical expenses for these injuries. These injuries rendered the Plaintiff unable to perform her daily work and affairs, whereby the Plaintiff sustained the loss of current and future income. The Plaintiff also sustained the loss of her enjoyment of a normal life. The Plaintiff's injuries and restrictions are of a permanent nature.

WHEREFORE, the Plaintiff, Loretta J. Englebright, demands judgment against the Defendant, Jacob Lee Jones in a sum of money that will fully compensate the Plaintiff for personal injuries, medical expenses, property damage, and all other incidental and consequential damages, plus pre-judgment interest, the costs of this action, post-judgment interest and for all other just and proper relief in the premises.

**Count II – Respondeat Superior Better Backers, Inc.**

10. The Plaintiff incorporates by reference the allegations contained in paragraphs 7. through 9. above with the same force and effect as if herein set forth.

11. That at all times relevant, Defendant Jacob Lee Jones was an employee and/or agent of Defendant Better Backers, Inc. and was acting within the course and scope of his employment and/or agency.

12. That Defendant Better Backers, Inc. is liable to the Plaintiff based upon the legal principle of Respondeat Superior.

WHEREFORE, the Plaintiff, Loretta J. Englebright, demands judgment against the Defendant, Better Backers, Inc., based upon the negligent acts of its agent, Jacob Lee Jones, in a sum of money that will fully compensate the Plaintiff for personal injuries, medical expenses, property damage, and all other incidental and consequential damages, plus pre-judgment interest, the costs of this action, post-judgment interest and for all other just and proper relief in the premises.

Respectfully submitted,

OLSEN & WHITE, LLP
123 Locust Street
Evansville, Indiana 47708
Telephone: (812) 423-3143
Email: twhite@thelawteam.net

By s/ Terry A. White_____________
Terry A. White. #1216-82
Attorneys for Plaintiff